**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>    v.<br><br>HUMAN OUTREACH AGENCY INC,<br><br>    Defendant(s).<br>_____/ | Case No. C11-05305 JCS<br><br>**FURTHER CASE MANAGEMENT AND PRETRIAL ORDER** |

Following a further case management conference held on **June 27, 2012,**

IT IS HEREBY ORDERED THAT:

1. The parties shall have sixty (60) days to settle this case.

2. If the case has not settled in sixty (60) days, the United States shall file a Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: July 2, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge