MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CHARLES PARKER (CABN 283078)
Special Assistant United States Attorney
  11th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7149
  Fax:       (415) 436-7009

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. C 11-05305 JCS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO DISMISS AND [proposed] ORDER |
| HUMAN OUTREACH AGENCY, INC., | ) | |
| Defendant. | ) | |

It is hereby stipulated between plaintiff United States of America and defendant Human Outreach Agency, Inc., through their respective counsel, that this matter be dismissed, each party to bear their own costs and attorneys' fees.

_____
ATTILLIO J. GIOVANATTO, Esq.
Attorney for Human Outreach Agency, Inc.

MELINDA HAAG
United States Attorney

_____
CHARLES PARKER
Special Assistant United States Attorney
Tax Division

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 6, 2012

_____
UNITED STATES MAGISTRATE JUDGE
Judge Joseph C. Spero